| | |
|---|---|
| Defendant: | **Continental Web Press, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113406 | $79,320.33 | 3/27/2023 | 220228_1 | 11/18/2022 | $79,320.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113587 | $79,320.33 | 4/6/2023 | 220228_2 | 11/18/2022 | $79,320.33 |
| **Totals:** | **2 transfer(s),** | **$158,640.66** | | | | | |